IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC JUBAR DUBERRY,

     Plaintiff,

v.                                                            Case No. 3:25-cv-1268-AW-HTC

MICHELLE SCHMELZLE, et al.,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Eric Jubar Duberry sued several prison officials after an alleged attack. There are two pending motions to dismiss. Defendant Delarosa moves to dismiss based on lack of exhaustion and on the merits. The remaining named Defendants move to dismiss based on exhaustion alone.

In a thorough report and recommendation, the magistrate judge recommends that the court dismiss the conspiracy claim against Delarosa but otherwise deny both motions to dismiss. ECF No. 44. No party has objected to the report and recommendation. After careful consideration, I now adopt the report and recommendation and incorporate it into this order.

As to exhaustion, Defendants' sole argument is that Duberry did not adequately plead that he took all necessary steps to fully exhaust. But as the magistrate judge explains, Defendants have the burden of showing lack of exhaustion, which is an affirmative defense. They cannot rely solely on the

1

complaint, absent a clear showing in the complaint that there was no exhaustion. Defendants have not shown a lack of exhaustion. This order does not preclude their later showing a lack of exhaustion. But if they plan to further assert the defense, they should not delay in doing so. There would be no point in a lengthy and costly discovery undertaking if Defendants are correct that the case should be dismissed without regard to the merits.

The magistrate judge is correct that Duberry has alleged enough to survive a motion to dismiss as to his Eighth Amendment deliberate-indifference claim against Delarosa. Duberry's allegations, if true, are enough to show a plausible Eighth Amendment claim. That is not the case as to the conspiracy claim against Delarosa, as the magistrate judge explains.

It is now ordered:

1.      I adopt the report and recommendation (ECF No. 44) and incorporate it into this order.

2.      Delarosa's motion to dismiss (ECF No. 34) is GRANTED in part. The conspiracy claim against Delarosa is dismissed on the merits for failure to state a claim. The motion is otherwise DENIED.

3.      Schmelzle, Gonzalez, and Harlan's motion to dismiss (ECF No. 37) is DENIED.

4.      Defendants must answer as to the remaining claims within fourteen days.

5.      The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on May 18, 2026.

s/ *Allen Winsor*
Chief United States District Judge